


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

NORTHERN DIVISION

**PERCY A. WHITE, III**                                                                                       **PLAINTIFF**

V.                                      No.3:23-cv-78-DPM

**TENNECO AUTOMOTIVE**                                                                       **DEFENDANT**

**AMENDED COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964**

    1.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically Conferred on the Court by 42U.S.C. 2000e-5. Equitable and other relief Sought under 42 U.S.C. 2000E-5(g).

    2.  Plaintiff, Percy A. White III, is a citizen of the United States and resides at 1316 county road 197, Success, Arkansas, 72470, in Clay County.

3.  Defendant, Tenneco Automotive, business is located at 1601 Highway 49b, Paragould, Arkansas, 72450, in Green county.

4.  Plaintiff was employed by the defendant at 1601 Highway 49b, Paragould, Arkansas, 72450, in Green county.

5.  Defendant discriminated against the plaintiff in the manner Indicated in paragraph 9 of the complaint on or about May-2-2022 to Present.

6.  Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with acts of discrimination indicated in paragraph 9 of this complaint on or about January 17, 2023.

7.  The Equal Employment Opportunity issued a Notice of Right to Sue which was received by plaintiff on January 17, 2023, a copy of which notice is attached to this complaint.

8.  Because of plaintiff's race and color, defendant terminated

plaintiff's employment, Subjected plaintiff to hostile and unsafe work Conditions for 6 months, further harassment and discrimination, and impeded medical attention thus causing more physical harm to plaintiff.

9. On May 2, 2022, after Defendant was made known of the assault on the plaintiff, the defendant made the decision to discriminate against the plaintiff by violating its workplace violence policies and Other policies was solely on race, as provided by witness testimony. Part of the conversation was that "plaintiff was Black and therefore faking the injury to gain some money". Plaintiff's attacker was not drug Tested or escorted off the property and law enforcement was not called. During a 1 on 1 conference with Plant Manager Sheerie Greene, the following week, the plaintiff's race was brought up right before Sheerie Greene threatened plaintiff's employment by stating plaintiff would keep working as long as plaintiff didn't make any waves. It was a Common occurrence for plaintiff to walk into supervisor's office and hear the occupants of telling "BLACK JOKES", while none of the supervisors are black. In August of 2022 department 29 third shift supervisor told me that my color might have something to do with the way I was being mistreated which prompted me to try and record her saying so. Around November 10, 2022, after being forced to work on

the injury caused by the attack on May 2 for 6 months and after it was found out that I needed corrective surgery Saftey Manager Tony Bailey told me to leave the property. November 7, 2022 is the last day plaintiff Worked. Plaintiff has suffered undue physical and mental harm.

10. The effects of the acts set forth in paragraph 9 of this complaint may still be being committed by the defendant.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commision which charges are submitted as a brief statement of the facts supporting this complaint.

**WHEREFORE,** plaintiff prays that the Court grant the following relief to the plaintiff that the defendant be directed to pay $ 1.25 million in damages and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

*[signature]*

SIGNATURE OF PLAINTIFF

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>EEOC | Agency(ies) Charge No(s):<br>493-2023-00411 |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Mr. Percy A. White III | 573-413-0902 | |

Street Address
1316 county road 197
SUCCESS, AR 72470

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| TENNECO AUTOMOTIVE OPERATING CO. | 201 - 500 Employees | |

Street Address
1601 HIGHWAY 49B
PARAGOULD, AR 72450

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address        City, State and ZIP Code

DISCRIMINATION BASED ON

Race

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05/02/2022
Latest: 11/07/2022

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired on or about July 2018 and am currently employed as a Coordinator but since November 7, 2022 I have been on workers compensation leave. On or about May 2, 2022 I was assaulted at work by another Coordinator, Shawn Brunner. I reported the incident. Respondent has a zero tolerance policy for workplace violence by Shawn was never disciplined. Since that incident I have been subjected to different terms and conditions of employment: I am frequently yelled and cursed at by managers on the line, I am required to hold a different concentricity than other coordinators, whenever there is a problem on the line, I am blamed. My supervisor made a comment about my hair style. On or about November 7, 2022 my supervisor told me that I would have to work under the supervision of Shawn Brunner. I went to his supervisor and requested not to work under the supervision of the person that had assaulted me. I believe that the above has happened to me due to my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

**Digitally Signed By: Mr. Percy A. White III**
01/12/2023

*Charging Party Signature*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.