IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PERCY A. WHITE, III**                                                                          PLAINTIFF

v.                                    No. 3:23-cv-78-DPM

**TENNECO AUTOMOTIVE**                                                        DEFENDANT

### ORDER

White has filed an amended complaint that provides more details about his discrimination claim. *Doc. 6.* To evaluate whether he has stated a claim, the Court must screen his complaint and amended complaint together. 28 U.S.C. § 1915(e).

White, a black man, claims he was fired because of his race in violation of Title VII. He alleges that he, rather than his co-worker, was disciplined after he was assaulted on the job. White heard talk that he was faking the injury to get money. And he believes Tenneco ignored his injury because of his race. He also says he was frequently yelled at by his managers, held to different standards than his coworkers, and subjected to a hostile work environment. White adds that it was common to hear his supervisors, none of whom were black, telling "black jokes." *Doc. 6 at 3.* In a later conversation with supervisor Sheerie Greene, White says she brought up his race immediately before she warned him that he "would keep working as long as [he] didn't make any waves." *Doc. 6 at 3.* Months later, another supervisor told

him that his color may be the reason for his continued workplace mistreatment. White says he was told to leave work on 10 November 2022, after he told Safety Manager Tony Bailey that his injury required corrective surgery. He never returned to work. White's complaint and amended complaint state a plausible claim of race discrimination.

The Clerk must prepare summons for Tenneco Automotive and provide copies of the summons, complaint, amended complaint, and this Order to the Marshal. The Marshal must serve process, without prepayment of fees, by registered mail, restricted delivery, return receipt required, on Tenneco Automotive Operating Company Inc.'s registered agent, Corporate Creations Network, Inc., 609 SW 8th St., Ste. 600, Bentonville, AR 72712, and on any registered agent, officer, managing agent, or any other agent authorized to receive service at Tenneco Automotive, 1601 Highway 49B, Paragould, AR 72450.

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 December 2023