# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**PERCY A. WHITE, III**                                                        **PLAINTIFF**

**v.**                                   **No. 3:23-cv-78-DPM**

**TENNECO AUTOMOTIVE**                                          **DEFENDANT**

## JUDGMENT

White's amended complaint is dismissed with prejudice. The Court retains jurisdiction until 1 July 2024 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

_____
1 May 2024